IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| LINH KY DUONG, #25398-013 | § | |
| VS. | § | CIVIL ACTION NO. 4:10cv300 |
| | | CRIM. ACTION NO. 4:07cr2(1) |
| UNITED STATES OF AMERICA | § | |

O R D E R

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Amos L. Mazzant.  The Initial Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the United States Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.  It is therefore

**ORDERED** that the motion for summary judgment (docket entry #8) is **DENIED**.

 SIGNED this 2nd day of September, 2011.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE